**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | July 6, 2020 |
| **Bankruptcy Case** | No. 17 B 10670 | **Adversary** | No. 19 A 596 |

Goldstein v. Birg

**Brief Statement of Motion**

Order granting in part and continuing in part motion to compel (Dkt. No. 27)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

For the reasons stated on the record, the motion of Trustee Goldstein to compel compliance with subpoena is granted in part and continued in part. Harrison & Held must turn over to Mr. Schechter, counsel for defendant, all documents except documents in response to paragraph 13 of the subpoena concerning properties in which other clients of Harrison & Held have an interest. The documents must be turned over on or before July 20, 2020. Should defendant choose to assert any privilege in response to the subpoena, she must serve Mr. Factor, counsel for Goldstein, with a privilege log on or before August 3, 2020. Goldstein's motion is continued to August 17, 2020, at 10:00 a.m. for further hearing.

*/s/ A. Benjamin Goldgar*