UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Yuri Birg,<br><br>Debtor(s)<br><br>Ilene F. Goldstein, not individually, but solely as trustee for the Estate of Yuri Birg,<br><br>Plaintiff(s)<br><br>Ilana Birg,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  17-10670<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar<br><br><br>Adv. No.: 19-00596 |

**Order Granting Plaintiff's Motion to Compel Discovery Responses from Ilana Birg**

This matter came before the Court on the Plaintiff's Motion to to Compel Discovery Responses from Ilana Birg (the "Motion") filed by Ilene F. Goldstein, not individually, but solely as trustee for the Estate of Yuri Birg. The Court, finding that due notice has been given and being duly advised in the premises, HEREBY ORDERS THAT:

1. The Motion is granted.  Ilana Birg must respond to all outstanding discovery, including the request to admit facts, on or before October 5, 2020.


Enter:  *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  September 14, 2020

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com