UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Yuri M. Birg | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-10670<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar |
| Debtor(s)<br>Ilene F. Goldstein | )<br>)<br>) | Adv. No.: 19-00596 |
| Plaintiff(s)<br>Ilana Birg | )<br>)<br>)<br>)<br>) | |
| Defendant(s) | ) | |

**AGREED ORDER GRANTING MOTION TO COMPEL**

This matter coming before the court on the plaintiff's motion to compel Yuri Birg to appear for his deposition and produce documents, due notice having been given, the court being fully advised, and the parties, being in agreement, IT IS HEREBY ORDERED:

1. The motion is granted.

2. Yuri Birg must appear for his deposition on March 4, 2021, at 1:00 p.m. via Zoom, or within 7 days thereafter if that date should become unavailable for either party.  Plaintiff must circulate Zoom information at least 24 hours before the deposition.

3. Yuri Birg must provide the Plaintiff's counsel all documents responsive to the subpoena no later than February 27, 2021.  The documents must be provided either through FedEx delivery to 105 W. Madison, Suite 1500, Chicago, IL or through electronic delivery at wfactor@wfactorlaw.com.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  February 08, 2021

**Prepared by:**

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602